Chicago Title and Trust Company, appellee, v. Charles C. Weinz et al., on appeal of Harry Cook, defendant, from interlocutory order entered August 14, 1931, appointing receiver, appellant. Gen. No. 35,617.

Opinion filed December 2, 1931.
Concannon & Dillon, for appellant. Butz, Von Ammon & Marx, for appellee; Frederick Z. Marx and Joseph D. Lawyer, of counsel.
Mr. Presiding Justice Hebel delivered the opinion of the court.